UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 7 |
| MICHAEL P. D'ALESSIO, et al., | Case No.: 18-22552 (RDD) |
| Debtors. | |

------------------------------------------------------------------------x

| | |
|---|---|
| MARIANNE T. O'TOOLE, Solely in Her Capacity as Chapter 7 Trustee of the Estate of Michael P. D'Alessio, | Adv. Pro. No.: 20-06260 (RDD) |
| Plaintiff, | |
| -against- | |
| DEAN CAROTENUTO, | |
| Defendant. | |

------------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      )ss:
COUNTY OF NASSAU      )

ANGELA COLUCCI, being duly sworn, deposes and says:

Deponent is not a party to the action, is over 18 years of age and resides in Oceanside, New York.

On May 19, 2020, deponent served the **SUMMONS AND NOTICE OF PRETRIAL CONFERENCE IN AN ADVERSARY PROCEEDING and COMPLAINT** by First Class Mail upon the attorneys/parties listed on the annexed list, at the addresses listed, said addresses designated for that purpose, by depositing a true copy of same enclosed in a postpaid, properly addressed wrapper, in an official depository under the exclusive care and custody of United States Postal Service within the State of New York.

1

TO:   *see attached Service List*

*s/ Angela Colucci*
Angela Colucci

Sworn to before me this 19th day of May 2020

*s/ Melanie A. FitzGerald*
Melanie A. FitzGerald
Notary Public, State of New York
No. 02FI4841188
Qualified in Nassau County
Commission Expires December 31, 2021

**SERVICE LIST**

Dean Carotenuto
40 Essex Place
Bronxville, NY 10708

Dean Carotenuto
45 Elm Tree Lane
Pelham, NY 10803

Courtesy copy to:

Steven Kirkpatrick, Esq.
Romer Debbas, LLP
275 Madison Avenue
New York, NY 10016